IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**STEVEN WILLIAM BURDEN,**<br><br>*Defendant.* | FILED<br>DEC 12 2023<br>BONNIE HACKLER<br>Clerk, U.S. District Court<br>By_____<br>Deputy Clerk<br><br>Case No. **CR 23-205 RAW** |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### FELON IN POSSESSION OF EXPLOSIVE
### [18 U.S.C. §§ 842(i)(1) & 844(a)(1)]

On or about November 16, 2020, in the Eastern District of Oklahoma, the defendant, **STEVEN WILLIAM BURDEN**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting commerce, an explosive, to-wit: thirty-one (31) Atlas, Gelmax, semi-gelatin dynamite sticks, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 842(i)(1) and 844(a)(1).

## COUNT TWO

### POSSESSION OF AN UNREGISTERED FIREARM (DESTRUCTIVE DEVICE)
### [26 U.S.C. §§ 5845, 5861(d), and 5871]

On or about November 16, 2020, in the Eastern District of Oklahoma, the defendant, **STEVEN WILLIAM BURDEN**, did knowingly possess a destructive device, which is a firearm, as defined in Title 26, United States Code, Section 5845, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5845, 5861(d), and 5871.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

*[signature]*
JOSHUA SATTER, NY Registration #5477112
Assistant United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY

2